|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF MICHIGAN<br>SOUTHERN DIVISION | Case: 2:23−mj−30306<br>Assigned To : Unassigned<br>Assign. Date : 7/26/2023<br>Description: REM USA V. SAIZ (KB) |

UNITED STATES OF AMERICA,      CRIMINAL NO. 23-

        Plaintiff      Original District No. 09CR20686

v.

**MELVIS RAMIREZ SAIZ,**

        Defendant.

_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant, **MELVIS RAMIREZ SAIZ** to answer to supervised release violation allegations pending in another federal district, and states:

1. On **July 25, 2023**, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Southern District of Florida based on a Petition.**   Defendant is charged in that district with a violation of **Supervised Release**.

2.   Rule 32.1 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary hearing as described in Rule 32.1(b)(1).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure.

        Respectfully submitted

        DAWN N. ISON
        United States Attorney


        s/*Alison Furtaw*
        ALISON FURTAW
        Assistant U.S. Attorney
        211 W. Fort Street, Ste 2001
        Detroit, Michigan 48226

Dated: July 26, 2023